# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISON

| | |
|---|---|
| SERGIO BERNAL, CDCR #P-59413, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES HARTLEY, Warden; ELLEN GREENMAN, M.D., <br><br> Defendants. | CASE NO. 1:08cv849-IEG(RBB) <br><br> Order Granting Request for Voluntary Dismissal |

Plaintiff, a state prisoner proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983 alleging inadequate medical care. By order filed December 17, 2008, the Court dismissed Plaintiff's complaint with leave to amend. On January 8, 2009, Plaintiff filed an "Amended Complaint" in which he made no allegations but instead asked how he could "cancel" the complaint. Plaintiff also sent another request, filed on the same date, in which he requested that this civil rights complaint be dismissed. Pursuant to Fed. R. Civ. P. 41(a), the Court GRANTS Plaintiff's request and DISMISSES this action without prejudice.

**IT IS SO ORDERED**.

**DATED: January 14, 2009**

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**